# Court of Appeals
# of the State of Georgia

ATLANTA, _November 26, 2013_

*The Court of Appeals hereby passes the following order:*

**A14D0115.  WASEEM DAKER v. THE STATE.**

Waseem Daker was convicted of two counts of aggravated stalking, and his convictions were affirmed on appeal.  *Daker v. State*, 243 Ga. App. 848 (533 SE2d 393) (2000).  He later filed a motion for out-of-time appeal, citing alleged newly discovered evidence.  The trial court denied the motion, and Daker filed an application for discretionary appeal in this Court.  We denied the application, as well as Daker's subsequent motion for reconsideration. See Case No. A14D0031, decided September 26, 2013.  Daker also filed the instant application in the Supreme Court seeking review of the same trial court order.  The Supreme Court, however, transferred the application here upon finding that jurisdiction was not proper in that Court.  We must dismiss the application for two reasons.

First, it was not timely filed.  An application is timely if it is filed within 30 days of the entry of the order to be appealed.  OCGA § 5-6-35 (d).  For this Court to have jurisdiction, an application for discretionary appeal must be timely filed.  See *Boyle v. State*, 190 Ga. App. 734 (380 SE2d 57) (1989).  Here, the trial court entered the order to be appealed on August 8, 2013, but Daker did not file this application in the Supreme Court until 54 days later, on October 1, 2013.  Thus, this application was not timely.

Second, we denied Daker's previous application for discretionary appeal (Case No. A14D0031) from the same order he seeks to appeal here.  That denial was a decision on the merits, and the doctrine of res judicata bars any subsequent appeals from the same order.  See *Hook v. Bergen*, 286 Ga. App. 258, 261 (1) (649 SE2d 313) (2007); *Northwest Social & Civic Club v. Franklin*, 276 Ga. 859, 860 (583 SE2d 858)

(2003).

For these reasons, this application is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
      *Clerk's Office, Atlanta,* 11/26/2013
      *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
      *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *, Clerk.*